IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Quinn, Odessa

Printed: 12/10/08

Case Number: 05 B 07058
Judge: Wedoff, Eugene R
Filed: 3/1/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 30, 2008
Confirmed: April 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 64,057.00 |  |
| Secured: |  | 60,023.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 796.20 |
| Trustee Fee: |  | 3,237.36 |
| Other Funds: |  | 0.00 |
| Totals: | 64,057.00 | 64,057.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 796.20 | 796.20 |
| 2. | Great Lakes Credit Union | Secured | 5,560.13 | 5,560.13 |
| 3. | Deutsche Bank National | Secured | 51,041.00 | 46,987.22 |
| 4. | Cook County Treasurer | Secured | 1,260.00 | 0.00 |
| 5. | Deutsche Bank National | Secured | 16,502.81 | 7,476.09 |
| 6. | Premier Bankcard | Unsecured | 147.34 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 789.93 | 0.00 |
| 8. | Capital One | Unsecured | 921.44 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,290.59 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 2,125.60 | 0.00 |
| 11. | Great Lakes Credit Union | Unsecured | 300.94 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 927.27 | 0.00 |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | American Family Insurance | Unsecured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 16. | Credit Collection | Unsecured |  | No Claim Filed |
| 17. | Alliance One | Unsecured |  | No Claim Filed |
| 18. | Providian Bank | Unsecured |  | No Claim Filed |
| | | | $ 81,663.25 | $ 60,819.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Quinn, Odessa

Printed: 12/10/08

Case Number: 05 B 07058
Judge: Wedoff, Eugene R
Filed: 3/1/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 236.18 |
| 3% | 182.06 |
| 5.5% | 885.28 |
| 5% | 201.20 |
| 4.8% | 477.50 |
| 5.4% | 863.58 |
| 6.5% | 391.56 |
| | $ 3,237.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

